**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1086**

---

MATTHEW R. PRITCHARD,

Plaintiff - Appellant,

versus

JAMES WILLIAM DELLINGER, JR.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-03-383-3-MU-2)

---

Submitted: April 29, 2004          Decided: October 1, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Matthew R. Pritchard, Appellant Pro Se. Charles Malcolm Viser, JAMES, MCELROY & DIEHL, P.A., Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew R. Pritchard appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pritchard v. Dellinger, No. CA-03-383-3-MU-2 (W.D.N.C. Nov. 25, 2003). We deny Pritchard's motions to amend the caption, for appointment of counsel, and for costs and fees, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED